## IN RE FORECLOSURE OF GREEN

No. 474P90

Case below: 99 N.C.App. 773

Petition by Logan W. Green for temporary stay denied 3 October 1990. Petition by Logan W. Green for writ of certiorari to the North Carolina Court of Appeals denied 3 October 1990.

## INDUSTRIAL INNOVATORS, INC. v. MYRICK-WHITE, INC.

No. 404P90

Case below: 99 N.C.App. 42

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## IVERSON v. TM ONE, INC.

No. 331P90

Case below: 99 N.C.App. 221

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## LAMB v. McKESSON CORP.

No. 257P90

Case below: 98 N.C.App. 698

Motion by the Attorney General to dismiss appeal by Lamb for lack of significant public interest allowed 3 October 1990. Petition by Lamb for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## LAWTON v. COUNTY OF DURHAM

No. 338P90

Case below: 99 N.C.App. 222

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.